Luther H. Holton, Respondent, v. Helvetia-Swiss Fire Insurance Company of

St. Gall, Switzerland, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.